UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 07-51736-CKP |
| | § | |
| ROLSEN, WAYNE RICHARD | § | Chapter 7 |
| ROLSEN, NANCY LYNN | § | |
| | § | Judge: Preston |
| Debtor(s). | § | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $13.65 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| GE Consumer Finance<br>PO Box 960061<br>Orlando, FL 32896 | 9 | 3.02 |
| The Andersons<br>GE Consumer Finance<br>PO Box 960061<br>Orlando, FL 32896 | 10 | 0.78 |
| American Electric Power<br>PO Box 2021<br>Roanoke VA 24022 | 22 | 4.18 |
| Target National Bank<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | 30 | 2.91 |

| | | |
|---|---|---|
| American Electric Power<br>PO Box 2021<br>Roanoke VA 24022 | 64 | 2.76 |

Dated:  January 12, 2010           /s/ Larry J. McClatchey
                                   Larry J. McClatchey, Trustee (0012191)
                                   65 East State Street, Suite 1800
                                   Columbus, Ohio 43215
                                   (614) 462-5401
                                   lmcclatchey@keglerbrown.com

cc:     U.S. Trustee
        Wayne and Nancy Rolsen, 5083 Glenmeir Court, Powell, OH  43065
        GE Consumer Finance, PO Box 960061, Orlando, FL 32896
        The Andersons, GE Consumer Finance, PO Box 960061, Orlando, FL 32896
        American Electric Power, PO Box 2021, Roanoke VA 24022
        Target National Bank, c/o Weinstein & Riley, P.S., 2101 Fourth Ave., Suite 900, Seattle, WA, 98121
        American Electric Power, PO Box 2021, Roanoke VA 24022